[No. 74045-8-I.   Division One.   November 21, 2016.]

STI AMERICA, INC., *Plaintiff*, v. AVALON LEASING, INC., *Respondent*, LEYEN FOOD, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-05393-4, Catherine D. Shaffer, J., entered September 15, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 74050-4-I.   Division One.   November 21, 2016.]

PAULINE LOUISE CONNER, *Appellant*, v. EVERHOME MORTGAGE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-02860-3, George F.B. Appel, J., entered September 22, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[Nos. 74424-1-I; 74425-9-I;   Division One.   November 21, 2016.]
74426-7-I.

*In the Matter of the Dependency of* N.C.U. ET AL.

AMANDA RULE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-02474-4, Julie A. Spector, J., entered November 4, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Becker, J.

[No. 74910-2-I.   Division One.   November 21, 2016.]

*In the Matter of the Dependency of* T.S.

Appeal from a judgment of the Superior Court for King County, No. 15-7-01544-1, Helen Halpert, J., entered January 28, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Trickey, J.